UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mack Juide,

    Plaintiff,

v.                                                      Case No. 16-13806

Michigan Department of Corrections,     Sean F. Cox
*et al.*,                                          United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## 10/24/17 REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff Mack Juide filed this action against nine different Defendants. The matter was referred to Magistrate Judge Anthony Patti for all pretrial proceedings.

On October 24, 2017, Magistrate Judge Patti issued a Report and Recommendation ("R&R") (Docket Entry No. 48) wherein he recommends that the Court grant Defendant Corizon Health, Inc.'s unopposed Motion to Dismiss.

The time for filing objections to the R&R has expired and the docket reflects that no objections have been filed.

Accordingly, the Court hereby ADOPTS the October 24, 2017 R&R and ORDERS that all claims against Defendant Corizon Health, Inc. are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                                          s/Sean F. Cox
                                                          Sean F. Cox
                                                          United States District Judge

Dated: November 27, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mack Juide,

    Plaintiff,

v.                                            Case No. 16-13806

Michigan Department of Corrections,     Sean F. Cox
*et al.,*                                    United States District Court Judge

    Defendants.
_____/

## PROOF OF SERVICE

I hereby certify that on November 27, 2017, the foregoing document was served on counsel of record via electronic means and upon Mack Juide via First Class mail at the address below:

Mack Juide
441625
OAKS CORRECTIONAL FACILITY
1500 CABERFAE HIGHWAY
MANISTEE, MI 49660

                                                              s/J. McCoy
                                                              Case Manager