UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACK JUIDE #441625,

      Plaintiff

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS, PAUL
KLEE, WILLIS CHAPMAN,
RICHARD WHITE, DAVE
MARTIN, JERRY TANNER,
and ROBIN DONAGHY,

      Defendants.

Case No. 2:16-CV-13806
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

_____/

# ORDER GRANTING AS UNOPPOSED DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PRISONER (DE 50)

Pending is Defendants' December 1, 2017 motion to depose *pro se* Plaintiff. (DE 50.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated. Plaintiff has not responded to the motion and the time for doing so under LR 7.1 has expired. The motion therefore may be granted as unopposed.

Thus, upon the reading and filing of Defendants' Motion for Leave to Depose Prisoner pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and otherwise, being fully advised in the premises; **IT IS HEREBY ORDERED** that Defendants' Motion for Leave to Depose Prisoner (DE 50) is **GRANTED AS**

**UNOPPOSED**, and Defendants shall be permitted to take the deposition of the Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: December 26, 2017                    s/Anthony P. Patti
                                            Anthony P. Patti
                                            UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on December 26, 2017, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Case Manager for the
                                            Honorable Anthony P. Patti